**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01152-CV

### IN RE HEAVEN SENT FLOOR CARE

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01377-2015**

## ORDER

We **GRANT** appellant's November 19, 2015 motion for an extension of time to file a

brief. Appellant shall file a brief by **DECEMBER 21, 2015**.


/s/      ELIZABETH LANG-MIERS
         JUSTICE